To Court of appeals:  @ 2pm  1-3-15

I Anna Hulett is requesting a re-hearing on Case 06-14-00033CV. I also  I pray

81050

am online with Sumpreme court @ Austin, Tx for forms. The ~~X~~ Sumpreme Court says this must be in by Feb 12-2015. The Sumpreme Court give me till March 16, 2015. Going to Library to get forms.

Thank you!

Anna S. Hulett

New # 580-433-1954

RECEIVED IN
The Court of Appeals
Sixth District

FEB 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

FEB 0 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk

along is my 15.00 filing fee